SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **LEO BIVONA, AND ALL OTHER PLAINTIFFS INDIVIDUALLY NAMES HEREIN AND ALL SIMILARLY SITUATED INDIVIDUALS**<br>　　　　Plaintiff<br><br>**VERSUS**<br><br>**TIN, INC., D/B/A TEMPLE INLAND, AND INTERNATIONAL PAPER COMPANY AS THE SUCESSOR IN INTEREST OF TIN, INC.**<br>　　　　**Defendant** | **CIVIL NO.: 1:12-CV-00372-HSO-RHW** |

## FINAL JUDGMENT

In accord with the Court's Order entered herewith granting Plaintiffs' Joint Motion to Dismiss with Prejudice [7],

**IT IS ORDERED AND ADJUDGED** that, this Civil Action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED,** this the 6th day of September, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE