SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| LEO BIVONA, AND ALL OTHER PLAINTIFFS INDIVIDUALLY NAMES HEREIN AND ALL SIMILARLY SITUATED INDIVIDUALS<br><br>      Plaintiff<br><br>VERSUS<br><br>TIN, INC., D/B/A TEMPLE INLAND, AND INTERNATIONAL PAPER COMPANY AS THE SUCESSOR IN INTEREST OF TIN, INC.<br>      **Defendant** | CIVIL NO.: 1:12-CV-00372-HSO-RHW |

## FINAL JUDGMENT

In accord with the Court's Order entered herewith granting Plaintiffs' Joint Motion to Dismiss with Prejudice [7],

**IT IS ORDERED AND ADJUDGED** that, this Civil Action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED,** this the 6th day of September, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE